FILED
United States Court of Appeals
Tenth Circuit

January 7, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DAVID WEBB,

    Plaintiff - Appellant,

v.

CLAIMETRICS MANAGEMENT, LLC, et al.,

    Defendants - Appellees.

No. 09-4226
(D.C. No. 2:08-CV-00842-CW)
(D. Utah)

---

**ORDER**

---

Briefing on the merits is **TOLLED** pending further written order of this court.

This appeal is **ABATED** pending notification that the district court has entered an order disposing of Plaintiff David Webb's timely "motion for reconsideration" [doc. 77], which was filed in the district court on December 10, 2009. This court construes Plaintiff's motion as one under Fed. R. Civ. P. 59(e). *See* Fed. R. App. P. 4(a)(4)(A). This appeal will become effective once the district judge enters an order ruling on Plaintiff's motion. *See* Fed. R. App. P. 4(a)(4)(B).

Within **30 days** of the date on this order, Appellant-Plaintiff and counsel for Appellees-Defendants *must* file Status Reports advising this court as to the status of Plaintiff's motion.

When an order is entered disposing of Plaintiff's motion, the parties *must* immediately notify this court in writing. Upon notification that the motion has been ruled upon, this court will vacate the abatement and instruct the parties as to further requirements.

                                        Entered for the Court,
                                        Elisabeth A. Shumaker, Clerk

                                        Kathleen T. Clifford
                                        Attorney - Deputy Clerk